IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHAEL L. WAKEFIELD,

        Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

        Defendant.

No. CV 04-1860-MO

JUDGMENT OF REMAND

**MOSMAN, J.,**

    Based on the record,

    IT IS ORDERED AND ADJUDGED that the Commissioner's decision is REVERSED and REMANDED for the calculation and award of benefits consistent with the Ninth Circuit Mandate filed April 15, 2008 (#15).

    DATED this  8th  day of September, 2008.

                                        /s/ Michael W. Mosman
                                        MICHAEL W. MOSMAN
                                        United States District Judge

PAGE 1 - JUDGMENT OF REMAND